**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> DONA SHORES, <br><br> Defendant. | CASE No. 19-cv-01113-LJO-SAB <br><br> ORDER VACATING NOVEMBER 13, 2019 HEARING; GRANTING PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE; AND CONTINUING SCHEDULING CONFERENCE |

On October 15, 2019, Plaintiff filed a motion to continue the scheduling conference as Defendant's answer to the complaint is not due until after the date by which the joint statement is required to be filed. The Court finds that the matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, the previously scheduled hearing set on November 13, 2019 will be vacated. The Court finds good cause to grant the motion to continue.

-1-

Accordingly, IT IS ORDERED that:

1. The hearing set for November 13, 2019 is VACATED;

2. Plaintiff's motion to continue the scheduling conference is GRANTED;

3. The November 5, 2019 scheduling conference is CONTINUED to **December 20, 2019, at 10:00 a.m.;** and

4. The parties SHALL FILE a joint scheduling report seven (7) days prior to the date of the scheduling conference.

IT IS SO ORDERED.

Dated: **October 15, 2019**

UNITED STATES MAGISTRATE JUDGE