# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>v.<br><br>DONA SHORES,<br><br>Defendant. | Case No. 1:19-cv-01113-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF DEFENDANT DONA SHORES IN THIS ACTION<br><br>FIVE DAY DEADLINE |

National Union fire Insurance Company of Pittsburgh, PA ("Plaintiff") filed this action against Dona Shores ("Defendant") on August 15, 2019. On August 15, 2019, the initial case documents issued, including the order setting the mandatory scheduling conference in this action for November 5, 2015. On October 15, 2019, Plaintiff filed a motion to continue the mandatory scheduling conference because Defendant's answer to the complaint was not due until October 30, 2019. The mandatory scheduling conference was continued to December 20, 2019.

Here, Defendant's answer to the complaint was due on October 30, 2019 and neither a responsive pleading nor a stipulation to extend time has been filed.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default or a notice informing the Court of the status of Defendant in this action. Failure to comply with this order may result in the

1

recommendation that this action be dismissed for failure obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **November 20, 2019**

UNITED STATES MAGISTRATE JUDGE