# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | Case No. 1:19-cv-01113-LJO-SAB |
|---|---|
| Plaintiff, | ORDER VACATING ALL PENDING DATES IN THIS MATTER AND REQUIRING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| DONA SHORES, | |
| Defendant. | |
| | THIRTY-DAY DEADLINE |

National Union fire Insurance Company of Pittsburgh, PA ("Plaintiff") filed this action against Dona Shores ("Defendant") on August 15, 2019. On November 26, 2019, default was entered against Defendant in this action.

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D.Cal. Feb, 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, the plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer,

940 F.2d 524, (9th Cir. 1991) (internal punctuation and citations omitted).

Having been no activity in in this action since the entry of default, the Court shall order Plaintiff to either file a motion for default judgment or show cause why this action should not be dismissed for Plaintiff's failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. Due to the entry of default all pending dates in this matter are VACATED;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a motion for default judgment or file a written response showing cause why this action should not be dismissed for Plaintiff's failure to prosecute; and
3. Failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **February 19, 2020**

_____
UNITED STATES MAGISTRATE JUDGE