# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> DONA SHORES, <br><br> Defendant. | Case No. 1:19-cv-01113-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE OF FINDINGS AND RECOMMENDATIONS ON DEFENDANT SHORES <br><br> THREE DAY DEADLINE |

On June 3, 2020, a findings and recommendations issued recommending granting Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's motion for default judgment. (ECF No. 14.) The findings and recommendations stated that any objections were to be filed within fourteen days. (Id.) The deadline to file objections has pass with no objections being filed, but Plaintiff has not filed a proof of service showing that the findings and recommendations was served on Defendant Dona Shores. Accordingly, IT IS HEREBY ORDERED that within three days of the date of entry of this order, Plaintiff shall file proof that the findings and recommendations have been served on Defendant Shores.

IT IS SO ORDERED.

Dated: **June 26, 2020**

UNITED STATES MAGISTRATE JUDGE

1